# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
CLERKS OFFICE

2004 JUN -3 A 11: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

BROOKSTONE COMPANY, INC.

V.

DISCOVERY COMMUNICATIONS, INC., and
DISCOVERY CHANNEL STORE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04CV11072-GAO

## 04CV11072 GAO

TO: (Name and address of Defendant)

The Discovery Channel Store, Inc.
7700 Wisconsin Avenue
Bethesda, MD  20814
BY SERVING ITS RESIDENT AGENT
CT Corporation
101 Federal Street
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Cohen, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 5-24-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-25-2004 |
| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Delivering in hand to Yvelle Concention or C-T Corp as Registered Agent For The Discovery Channel Store Inc at her last and usual place of employ to wit, 101 Federal St Boston Mass

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-25-2004        _____
                Date              Signature of Server

427 Neck St Weymouth, Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.