UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHJUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  P 4: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

BROOKSTONE COMPANY, INC., )
)
Plaintiff, )
)
v. )
)
DISCOVERY COMMUNICATIONS, INC., )
and DISCOVERY CHANNEL STORE, INC., )
)
Defendants. )
)

Civil Action
No. 04cv11072 GAO

## ASSENTED-TO MOTION TO EXTEND TIME

Defendants Discovery Communications, Inc. and Discovery Channel Store, Inc. move to extend the date for defendants to answer or otherwise respond to the complaint from June 14, 2004 to July 14, 2004. This thirty-day extension will give the defendants the time they need adequately to answer or otherwise respond to the complaint. It will also allow the parties to discuss possible resolution of the matter. Plaintiff through counsel has assented to this motion.

Respectfully submitted,

DISCOVERY COMMUNICATIONS, INC.
and DISCOVERY CHANNEL STORE, INC.
By their attorneys,

Bruce E. Falby BBO No. 544143
PIPER RUDNICK LLP
One International Place
Boston, MA  02110
Phone:  (617) 406-6000
Fax:  (617) 406-6100

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the above document was served upon the attorney of record for each other party by mail by hand on 6/14/04

Dated:  June 14, 2004

~BOST1:302875.v1