# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 10 A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

BROOKSTONE COMPANY, INC.

V.

DISCOVERY COMMUNICATIONS, INC.,
and DISCOVERY CHANNEL STORE, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-CV-11072-GAO

04 CV 11072 GAO

TO: (Name and address of Defendant)
Discovery Communications, Inc.
1 Discovery Place
Silver Spring, MD

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Cohen, Esquire
Greenberg Traurig, LLP
One International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK  JOHN ANASTAS

DATE  5-24-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me | DATE<br>5/27/04 at 4:00 pm |
| NAME OF SERVER (PRINT)<br>Frederick Parsons, Jr. | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By serving Alfred Armstrong, Rights Analyst, authorized to accept.__
__Service was completed at 1 Discovery Place, Silver Spring, Maryland.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/27/04
              Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Civil Cover Sheet, Category Sheet, and Form A120

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.