UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, INC., and DISCOVERY CHANNEL STORE, INC. <br><br> Defendant. | Civil Action No.  04 CV 11072 GAO |

**PLAINTIFF'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Plaintiff Brookstone Company, Inc. states that it is a wholly-owned subsidiary of Brookstone, Inc., which is a publicly traded Delaware corporation with its principal place of business located at 17 Riverside St., Nashua, New Hampshire.

                                                    RESPECTFULLY SUBMITTED

                                                    Brookstone Company Inc.

                                                    By Its Attorneys,

OF COUNSEL:

Jonathan D. Jay, Esq.
Terrance C. Newby, Esq.                /s/ Jonathan D. Cohen_____
**LEFFERT JAY & POLGLAZE, P.A.**       Jonathan D. Cohen BBO No. 600081
150 SOUTH STREET                       **GREENBERG TRAURIG, LLP**
Suite 1900                             One International Place
Minneapolis, MN  55402                 Boston, MA  02110
Telephone: (612) 312-2210              Telephone: (617) 310-6000
Fax: (612) 312-2250                    Fax: (617) 310-6001

July 1, 2004