UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, INC., )<br>and DISCOVERY CHANNEL STORE, INC., )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 04cv11072 GAO |

## ASSENTED-TO MOTION TO EXTEND TIME

Defendants Discovery Communications, Inc. and Discovery Channel Store, Inc. move to extend the date for defendants to answer or otherwise respond to the complaint from July 14, 2004 to August 18, 2004. As grounds for this motion, defendants state as follows:

1) Defendants response to the complaint was originally due on June 14, 2004. Defendants filed an assented to motion to extend the time to answer or otherwise respond until July 14, 2004 to give the defendants the time necessary to answer or otherwise respond to the complaint and to allow the parties to discuss a possible resolution of the matter. This Court allowed the assented-to motion.

2) Since filing the assented-to motion seeking an additional 30-days to answer or otherwise respond to the complaint, the parties have exchanged information and engaged in discussions concerning a possible resolution of this matter. Defendants seek an additional 30-day extension to continue these discussions with plaintiff.

3) Plaintiff through counsel has assented to this motion.

~BOST1:302875.v1

- 2 -

WHEREFORE, defendants request that the time to answer or otherwise respond to the complaint be extended until August 18, 2004.

          Respectfully submitted,

          DISCOVERY COMMUNICATIONS, INC.
          and DISCOVERY CHANNEL STORE, INC.
          By their attorneys,

          /s/ Kirsten M. Nelson / MDV
          Bruce E. Falby BBO No. 544143
          Kirsten M. Nelson BBO No. 634520
          PIPER RUDNICK LLP
          One International Place
          Boston, MA 02110
          Phone: (617) 406-6000
          Fax: (617) 406-6100

Dated: July 14, 2004