UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC.,                )<br>                                                                  )<br>        Plaintiff,                                        )<br>                                                                  )<br>v.                                                              )<br>                                                                  )<br>DISCOVERY COMMUNICATIONS, INC.,   )<br>and DISCOVERY CHANNEL STORE, INC., )<br>                                                                  )<br>        Defendants.                                 )<br>_____ ) | Civil Action<br>No. 04cv11072 GAO |

## ASSENTED-TO MOTION TO EXTEND TIME

Defendants Discovery Communications, Inc. and Discovery Channel Store, Inc. move to extend the date for defendants to answer or otherwise respond to the complaint from August 18 to September 1, 2004. As grounds for this motion, defendants state as follows:

1) Defendants have previously moved twice, with plaintiff's assent, to extend the time to answer or otherwise respond to the complaint, to give them time to respond and to engage in settlement discussions. The Court has allowed those motions and extended the response date to August 18, 2004.

2) The parties have engaged in meaningful settlement discussions and have made substantial progress towards a settlement that would resolve all claims in this case. Defendants seek an additional two week extension to allow the parties to continue and hopefully conclude these settlement discussions.

3) Plaintiff through counsel has assented to this motion.

~BOST1:302875.v1

WHEREFORE, defendants request that the time to answer or otherwise respond to the complaint be extended until September 1, 2004.

Respectfully submitted,

DISCOVERY COMMUNICATIONS, INC.
and DISCOVERY CHANNEL STORE, INC.
By their attorneys,

*/s/ Bruce E. Falby*

Bruce E. Falby BBO No. 544143
Kirsten M. Nelson BBO No. 634520
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6100

Dated: August 18, 004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/18/04

*/s/ Bruce E. Falby*

- 2 -
~BOST1:302875.v1