UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVERY COMMUNICATIONS, INC., )<br>and DISCOVERY CHANNEL STORE, INC., )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 04cv11072 GAO |

## JOINT MOTION TO EXTEND TIME

Plaintiff Brookstone Company, Inc. and defendants Discovery Communications, Inc. and Discovery Channel Store, Inc. move to extend the date for defendants to answer or otherwise respond to the complaint from September 1, 2004 to October 15, 2004. As grounds for this motion, the parties state as follows:

1) Defendants have previously moved several times, with plaintiff's assent, to extend the time to answer or otherwise respond to the complaint, to give them time to respond and to engage in settlement discussions. The Court has allowed those motions and extended the response date to September 1, 2004.

2) The parties have engaged in meaningful settlement discussions and agreement has been reached on the most important issues. The parties require additional time to finalize a settlement and seek a 45-day extension to accomplish this task.

3) The parties anticipate that a settlement will be finalized within this 45-day period, and upon the execution of mutually acceptable settlement documents, Brookstone will then file a notice of dismissal of its claims.

~BOST1:302875.v1

- 2 -

WHEREFORE, the parties request that the time to answer or otherwise respond to the complaint be extended until October 15, 2004.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BROOKSTONE COMPANY, INC.<br>By its attorneys, | DISCOVERY COMMUNICATIONS, INC. and DISCOVERY CHANNEL STORE, INC.<br>By their attorneys, |
| *Jonathan D Cohen/BEF*<br>Jonathan D. Cohen, BBO No. 600081<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA 02110<br>Phone: (617) 310-6000<br>Fax: (617) 310-6001 | *Bruce E Falby*<br>Bruce E. Falby BBO No. 544143<br>PIPER RUDNICK LLP<br>One International Place<br>Boston, MA 02110<br>Phone: (617) 406-6000<br>Fax: (617) 406-6100 |

Dated: September 1, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9/1/04

*Bruce E Falby*