UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKSTONE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVERY COMMUNICATIONS, INC., and DISCOVERY CHANNEL STORE, INC. <br><br> Defendant. | Civil Action No.  04 CV 11072 GAO |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Brookstone Company, Inc. and defendants Discovery Communications, Inc. and Discovery Channel Store, Inc. hereby stipulate and agree that the above-entitled action is dismissed <u>without</u> <u>prejudice</u> and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BROOKSTONE COMPANY, INC.<br>By its attorneys, | DISCOVERY COMMUNICATIONS, INC. and DISCOVERY CHANNEL STORE, INC.<br>By their attorneys, |
| /s/ Jonathan D. Cohen_____<br>Jonathan D. Cohen, BBO No. 600081<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA  02110<br>Phone:  (617) 310-6000<br>Fax:  (617) 310-6001 | /s/ Bruce E. Falby_____<br>Bruce E. Falby BBO No. 544143<br>PIPER RUDNICK LLP<br>One International Place<br>Boston, MA  02110<br>Phone:  (617) 406-6000<br>Fax:  (617) 406-6100 |

Dated:  October 15, 2004

2

**CERTIFICATE OF SERVICE**

    I, Jonathan D. Cohen, hereby certify that I caused a copy of the within Stipulation of Dismissal to be served upon the attorney(s) of record for each other party by hand on October 15, 2004.

/s/ Jonathan D. Cohen
Jonathan D. Cohen